IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HIJINIO DURAN,

    Plaintiff,

v.                                Cause No. 2:21-cv-00752-KG-GJF

CIRCLE K STORES INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Parties' Joint Motion to Dismiss with Prejudice. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Joint Motion to Dismiss with Prejudice be and hereby is GRANTED, and Plaintiff's Complaint for Personal Injury, together with all causes of action that could have been asserted in this litigation by Plaintiff, are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved by:

**ALLEN, SHEPHERD & LEWIS, P.A.**

*/s/ Christopher R. Reed*
Christopher R. Reed
P.O. Box 94750
Albuquerque, NM 87199-4750
creed@allenlawnm.com
*Attorneys for Defendant*


**SAMUEL I. KANE PA**

*Electronically approved 11/5/2021*
Samuel I. Kane, Esq.
1018 E. Amador Ave.
Las Cruces, NM  88001-3208
TEL:   575-526-5263
Email:  Samuel@kane-injury.com
*Attorneys for Plaintiff*